# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2013

147332 & (51)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHAEL BEYDOUN,
    Plaintiff-Appellee,

v

                 SC: 147332
                 COA: 304729
                 Wayne CC: 09-026647-NI

CHARLES BENJAMIN WILLS, JR.,
    Defendant,

and

CITY OF DETROIT,
    Defendant-Appellant.
_____/

   On order of the Court, it appearing that proceedings in this case are stayed by the filing of a petition in bankruptcy, *In re City of Detroit, Michigan*, U.S. Bankruptcy Court, Eastern District of Michigan Case No. 13-53846, the case is administratively CLOSED without prejudice and without decision on the merits. Once the stay is no longer in effect, this case may be reopened on the motion of any party filed within 42 days after the date of the order removing the stay.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2013



Clerk

t0731